Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 28, 2026

**By ECF**
The Honorable John P. Cronan
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Arthur Saunders, 26 Cr. 173 (JPC)

Dear Judge Cronan:

I write with the government's consent respectfully to request that the status conference presently scheduled for August 5 be adjourned to a date and time convenient for the Court in October. The defense is presently engaging in an evaluation that will shape how the case proceeds. The parties are available on October 7, 8, 14, 15, and 16, if there are times that the Court is available. Thank you for your consideration.

Respectfully submitted,

/s/
Benjamin Silverman
Assistant Federal Defender
(212) 417-8733

cc: Counsel of record (by ECF)

The request is granted. The status conference scheduled for August 5, 2026, is adjourned to October 15, 2026, at 2:00 p.m. in Courtroom 12D of 500 Pearl Street, New York, NY 10007. By August 3, 2026, the parties shall advise the Court of their views as to whether time should be excluded under the Speedy Trial Act until October 15, 2026, and, if so, on what basis.

The Clerk of Court is respectfully directly to close Docket Number 13.

SO ORDERED.
July 29, 2026
New York, New York

JOHN P. CRONAN
United States District Judge